IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LLOYD PEARSON,

Plaintiff,

v.

CLACKAMAS COUNTY SHERIFF'S DEPT. *et al*.,

Defendants.

Case No. 3:24-cv-01017-SB

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Beckerman issued a Findings and Recommendation on July 20, 2026, in which she recommends that the Court deny Defendant NaphCare's Motion to Dismiss. F&R, ECF No. 84. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [84]. Accordingly, Defendant NaphCare's Motion to Dismiss [65] is DENIED.

IT IS SO ORDERED.

DATED this 18th day of August, 2026.

AMY M. BAGGIO
United States District Judge